# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR ) <br> HOUSING CENTER ) <br> and HOUSING WORKS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOUSING AND URBAN ) <br> DEVELOPMENT and BEN CARSON, ) <br> Secretary of the Department of Housing ) <br> and Urban Development, ) <br> ) <br> Defendants. ) | <br><br><br><br><br><br><br>Civil Action No. 20-CV-11765<br><br><br>Judge Mark Mastroianni |

## NOTICE OF APPEARANCE OF JOSHUA M. DANIELS

Pursuant to Local Rules 83.5.2(a) and 83.5.3(e)(2) of the Rules of this Court, please enter the appearance of Joshua M. Daniels as counsel of record for *amici curiae* the National Housing Law Project, Shriver Center on Poverty Law, Kansas Appleseed, Nebraska Appleseed, and Public Justice Center (collectively, "Amici") in the above-captioned matter.

Dated: October 13, 2020

                                              Respectfully submitted,

                                              /s/ Joshua M. Daniels
                                              Joshua M. Daniels
                                              The Law Office of Joshua M. Daniels
                                              P.O. Box 300765
                                              Jamaica Plain, MA 02130
                                              Tel: (617) 942-2190
                                              Fax: (617) 507-6570
                                              jdaniels@danielappeals.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 13, 2020.

                                  /s/ Joshua M. Daniels
                                  Joshua M. Daniels