**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR ) <br> HOUSING CENTER ) <br> and HOUSING WORKS, INC., ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOUSING AND URBAN ) <br> DEVELOPMENT and BEN CARSON, ) <br> Secretary of the Department of Housing ) <br> and Urban Development, ) <br> ) <br> **Defendants.** ) | <br><br><br><br><br><br><br>**Civil Action No. 20-CV-11765**<br><br><br>**Judge Mark Mastroianni** |

## DECLARATION OF ERIC SIROTA
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Eric Sirota, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1.     I am the Director of Housing Justice for the Shriver Center on Poverty Law, which is located at 67 E. Madison St., Suite 2000, Chicago, IL 60603.

2.     I am a member in good standing of the bars of the State of Illinois, the State of Michigan, and the United District Courts for the Central District of Illinois, the Northern District of Illinois, and Eastern District of Michigan.

3.     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1.      I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

2.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2020

/s/Eric Sirota
Eric Sirota
SHRIVER CENTER ON POVERTY LAW
67 E. Madison St., Suite 2000
Chicago, IL  60603
ericsirota@povertylaw.org

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR ) <br> HOUSING CENTER ) <br> and HOUSING WORKS, INC., ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOUSING AND URBAN ) <br> DEVELOPMENT and BEN CARSON, ) <br> Secretary of the Department of Housing ) <br> and Urban Development, ) <br> ) <br> **Defendants.** ) | <br><br><br><br><br><br><br>**Civil Action No. 20-CV-11765** <br><br><br>**Judge Mark Mastroianni** |

### DECLARATION OF MARIE CLAIRE TRAN-LEUNG
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Marie Claire Tran-Leung, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1. I am the Director of the Legal Impact Network for the Shriver Center on Poverty Law, and I am located in Los Angeles, California.

2. I am a member in good standing of the bars of the State of California, the State of Illinois, and the United States District Court for the Northern District of Illinois.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2020

/s/Marie Claire Tran-Leung
Marie Claire Tran-Leung
SHRIVER CENTER ON POVERTY LAW
67 E. Madison St., Suite 2000
Chicago, IL  60603
marieclairetran@povertylaw.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **MASSACHUSETTS FAIR HOUSING CENTER** and **HOUSING WORKS, INC.**,  )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>)<br>v. )<br>)<br>)<br>**UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** and **BEN CARSON**, Secretary of the Department of Housing and Urban Development, )<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **Civil Action No. 20-CV-11765**<br><br>**Judge Mark Mastroianni** |

**DECLARATION OF CLAYTON PASLEY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Clayton Pasley, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1. I am the Powell Fellow in Legal Services at the Shriver Center on Poverty Law, and I am located in Chicago, Illinois.

2. I am a member in good standing of the bars of the State of Illinois and the United States District Courts of the Northern District of Illinois and the Central District of Illinois.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2020

/s/ Clayton Pasley
Clayton Pasley
SHRIVER CENTER ON POVERTY LAW
67 E. Madison St., Suite 2000
Chicago, IL  60603
texpasley@povertylaw.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER and HOUSING WORKS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and BEN CARSON, Secretary of the Department of Housing and Urban Development, <br><br> Defendants. | Civil Action No. 20-CV-11765 <br><br> Judge Mark Mastroianni |

## DECLARATION OF KATHERINE WALZ
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Katherine Walz, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1. I am a Senior Attorney at the National Housing Law Project and am based in Chicago, Illinois.

2. I am a member in good standing of the bar of the State of Illinois; the United States District Courts of the Northern District of Illinois, the Southern District of Illinois, the Central District of Illinois; the United States Court of Appeals for the Seventh Circuit; and the United States Supreme Court.

3.	I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.	I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5.	I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2020

/s/ Katherine Walz
Katherine Walz
NATIONAL HOUSING LAW PROJECT
1663 Mission Street, Suite 460
San Francisco, CA 94103
kwalz@nhlp.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER and HOUSING WORKS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and BEN CARSON, Secretary of the Department of Housing and Urban Development, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-CV-11765 <br><br><br><br> Judge Mark Mastroianni |

## DECLARATION OF RENEE M. WILLIAMS
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Renee M. Williams, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1. I am a Senior Staff Attorney at the National Housing Law Project and am based in San Francisco, California.

2. I am a member in good standing of the bar of the State of California.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2020

/s/ Renee M. Williams
Renee M. Williams
NATIONAL HOUSING LAW PROJECT
1663 Mission Street, Suite 460
San Francisco, CA 94103
rwilliams@nhlp.org