AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Massachusetts Fair Housing Center, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-CV-11765 |
| U.S. Dept. of Housing and Urban Development, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae, National Consumer Law Center.

Date: 10/13/2020

/s/Stuart T. Rossman
*Attorney's signature*

Stuart T. Rossman BBO #430640
*Printed name and bar number*
National Consumer Law Center
7 Winthrop Square, 4th Fl
Boston, MA 02110

*Address*

srossman@nclc.org
*E-mail address*

(617) 542-8010
*Telephone number*

(617) 542-8028
*FAX number*