UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER,<br><br>HOUSING WORKS, INC.,<br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>BEN CARSON, Secretary of the U.S. Department of Housing and Urban Development,<br>    Defendants. | No. 3:20-cv-11765-MGM<br>The Hon. Mark G. Mastroianni |

**NOTICE OF APPEAL**

Please take notice that Defendants, the U.S. Department of Housing and Urban Development ("HUD") and Ben Carson, Secretary of HUD, appeal to the United States Court of Appeals for the First Circuit from this Court's October 25, 2020, Order granting Plaintiffs' Motion for a Preliminary Injunction and for a Stay Under 5 U.S.C. § 705. *See* Mem. & Order, ECF No. 29.

Dated: December 23, 2020

          Respectfully submitted,

          JEFFREY BOSSERT CLARK
          Acting Assistant Attorney General

          LESLEY FARBY
          Assistant Branch Director

          <u>s/ James D. Todd, Jr.</u>
          JAMES D. TODD, JR.
          VINITA B. ANDRAPALLIYAL
          U.S. DEPARTMENT OF JUSTICE
          Civil Division, Federal Programs Branch
          Ben Franklin Station
          P.O. Box 883
          Washington DC 20044
          (202) 514-3378
          (202) 305-0845
          james.todd@usdoj.gov
          vinita.b.andrapalliyal@usdoj.gov

          Attorneys for Defendants

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), Defendants effected service of this filing on all other parties to these actions by filing it with the Court's electronic filing system.

          <u>s/ James D. Todd Jr.</u>
          JAMES D. TODD, JR.