UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER,<br><br>HOUSING WORKS, INC.,<br>　　Plaintiffs,<br>　　　　v.<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>BEN CARSON, Secretary of the U.S. Department of Housing and Urban Development,<br>　　Defendants. | No. 3:20-cv-11765-MGM<br>The Hon. Mark G. Mastroianni |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

　　Before this Court is Defendants' unopposed motion to extend their time to respond to Plaintiffs' Complaint by 30 days. For good cause shown therein, Defendants motion is GRANTED, and Defendants shall have until February 16, 2021, to respond to Plaintiffs' Complaint.

　　So Ordered.

　　Dated: _____

_____
MARK G. MASTROIANNI
UNITED STATES DISTRICT JUDGE

1