UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER,<br><br>HOUSING WORKS, INC.,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>MATT AMMON, Acting Secretary of the U.S. Department of Housing and Urban Development,[1]<br><br>    Defendants. | No. 3:20-cv-11765-MGM<br>The Hon. Mark G. Mastroianni |

**DEFENDANTS' UNOPPOSED MOTION TO
STAY PROCEEDINGS**

In accordance with L.R. 7.1, Defendants move unopposed for a stay of proceedings in this case. In support of this motion, Defendants state as follows:

1.        Plaintiffs served their Summons and Complaint on the U.S. Attorney for the District of Massachusetts on October 1, 2020. *See* Summons & Compl., ECF No. 1. Defendants' current deadline to respond to Plaintiffs' Complaint is February 16, 2021. *See* Order, ECF No. 38.

2.        Plaintiffs challenge Defendants' issuance of a final rule and have sought a stay of the effective date of that rule pursuant to 5 U.S.C. § 705. *See* U.S. Dep't of Hous. & Urban Devel. ("HUD"), HUD's Implementation of the Fair Housing Act's Disparate Impact Standard ("Final Rule"), 85 Fed. Reg. 60288 (Sept. 24, 2020) (the "2020 Rule"); Pls.' Mot. for Prelim. Inj. Under 5 U.S.C. § 705 to Postpone Effective Date of HUD's Final Rule ("Pls.' Stay Mot."); ECF No. 11.

3.        On October 25, 2020, this Court issued an order granting Plaintiffs' Stay Motion and

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), Matt Ammon is substituted in his official capacity as Acting Secretary of Housing and Urban Development for his predecessor.

staying the effective date of the Final Rule. *See* Order, ECF No. 29. On December 23, 2020,

Defendants filed a notice of appeal of this Court's Order. *See* Defs.' Not. of Appeal, ECF No. 33. On

February 9, 2021, Defendants filed a motion, with Plaintiffs' consent, to voluntarily dismiss their

appeal.

4.      On January 26, 2021, President Biden issued a Presidential Memorandum that

instructed that HUD

> shall also, as soon as practicable, take all steps necessary to examine the effects of the
> September 24, 2020, rule entitled "HUD's Implementation of the Fair Housing Act's
> Disparate Impact Standard" (codified at part 100 of title 24, Code of Federal Regulations),
> including the effect that amending the February 15, 2013, rule entitled "Implementation of
> the Fair Housing Act's Discriminatory Effects Standard" has had on HUD's statutory duty to
> ensure compliance with the Fair Housing Act.  Based on that examination, the Secretary shall
> take any necessary steps, as appropriate and consistent with applicable law, to implement the
> Fair Housing Act's requirements that HUD administer its programs in a manner that
> affirmatively furthers fair housing and HUD's overall duty to administer the Act (42 U.S.C.
> 3608(a)) including by preventing practices with an unjustified discriminatory effect.

Redressing Our Nation's and the Federal Government's History of Discriminatory Housing Practices

and Policies, 86 FR 7487 (published Jan. 29, 2021).  HUD is already actively considering its path

forward in implementing the Presidential directive.

5.      HUD requests a stay of proceedings in this case to provide additional time to

complete its implementation of the Presidential directive. Counsel for the parties will confer at least

once every thirty (30) days after entry of the requested stay for Defendants to provide an update of

HUD's progress, and Defendants propose to file a status report with the court within fourteen (14)

days of completion of the initial stage of HUD's administrative review process.

6.       Plaintiffs will not be prejudiced by the proposed stay of proceedings in this case. This

Court's § 705 stay remains in effect; the 2020 Rule never became effective; and Defendants have

withdrawn their appeal. Further, Defendants commit that they will not seek to lift this Court's § 705

stay during the pendency of the requested stay of proceedings in this case.

7.      Defendants conferred with Plaintiffs about this motion pursuant to L.R. 7.1(a)(2).

Plaintiffs do not oppose this motion, but reserve their right to move to lift the stay of these proceedings at any time.

## CONCLUSION

For good cause shown herein, this Court should grant Defendants' unopposed motion to stay the proceedings in this case. A proposed order is attached.

Dated: February 11, 2021

                                          Respectfully submitted,

                                          MICHAEL D. GRANSTON
                                          Deputy Assistant Attorney General

                                          LESLEY FARBY
                                          Assistant Branch Director

                                          s/ Vinita B. Andrapalliyal
                                          VINITA B. ANDRAPALLIYAL
                                          JAMES D. TODD, JR.
                                          U.S. DEPARTMENT OF JUSTICE
                                          Civil Division, Federal Programs Branch
                                          Ben Franklin Station
                                            P.O. Box 883
                                          Washington DC 20044
                                          (202) 305-0845
                                          (202) 514-3378
                                          vinita.b.andrapalliyal@usdoj.gov
                                          james.todd@usdoj.gov

                                          *Attorneys for Defendants*

**L.R. 7.1(a)(2) CERTIFICATE OF CONFERENCE**

Pursuant to L.R. 7.1(a)(2), Defendants conferred with Plaintiffs about this motion. Plaintiffs do not oppose this motion.

s/ Vinita B. Andrapalliyal
VINITA B. ANDRAPALLIYAL

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), Defendants effected service of this filing on all other parties to these actions by filing it with the Court's electronic filing system.

s/ Vinita B. Andrapalliyal
VINITA B. ANDRAPALLIYAL