# United States Court of Appeals
## For the First Circuit

No. 21-1003

MASSACHUSETTS FAIR HOUSING CENTER; HOUSING WORKS, INC.

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BEN CARSON, Secretary, US Department of Housing and Urban Development

Defendants - Appellants

**MANDATE**

Entered: February 18, 2021

In accordance with the judgment of February 18, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Joshua M. Daniels
Annie Lee
Scott P. Lewis
Donald Campbell Lockhart
Mina S. Makarious
Stephanie Robin Marcus
Stuart T. Rossman
Lauren A. Sampson
Charles W. Scarborough
Oren McCleary Sellstrom