UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER,<br><br>HOUSING WORKS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>MARCIA L. FUDGE, Secretary of the U.S. Department of Housing and Urban Development,<br><br>    Defendants. | No. 3:20-cv-11765-MGM<br>The Hon. Mark G. Mastroianni |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Massachusetts Fair Housing Center and Housing Works, Inc., voluntarily dismiss the above-captioned action with prejudice.

Dated: February 21, 2024

                                                        Respectfully submitted,

                                                        OREN SELLSTROM (BBO # 569045)
                                                        LAWYERS FOR CIVIL RIGHTS
                                                        61 Batterymarch Street, 5th Floor
                                                        Boston, Massachusetts 02210
                                                        (617) 482-1145

                                                        /s/ Scott P. Lewis
                                                        SCOTT P. LEWIS (BBO # 298740)
                                                        MINA S. MAKARIOUS (BBO # 675779)
                                                        ANNIE E. LEE (BBO # 705568)
                                                        ANDERSON & KREIGER LLP
                                                        50 Milk Street, 21st Floor
                                                        Boston, Massachusetts 02109
                                                        (617) 621-6560

                                                        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  Pursuant to Fed. R. Civ. P. 5(b)(2)(E), Plaintiffs effected service of this filing on all other parties to this action by filing it with the Court's electronic filing system.

       /s/ Scott P. Lewis
       Scott P. Lewis